# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JOHN CARL SWEAT,**<br><br>Defendant. | Civil Action No. 7:11-CR-55 (HL) |

## ORDER

After consideration of the Petition by the United States of America and the statements of fact contained therein, in accordance with the authority of Title 18, United States Code, Section 3573, the Court orders that all of the unpaid portion of the fine imposed against Defendant, including interest or penalties, if any, is hereby remitted.

**SO ORDERED,** this 12th day of March, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr